# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Melvernia Jeter <br> *Plaintiff* <br> v. <br> Andrew Saul, <br> Acting Commissioner of Social Security Administration <br> *Defendant* | Civil Action No. 9:18-cv-3088-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is Affirmed.


This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins Jr, United States District Judge.


Date:   January 27, 2020                                               *CLERK OF COURT*


                                                                        s/Chelsea Pegram-Conner
                                                                       *Signature of Clerk or Deputy Clerk*